# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| vs. | § | Case Number: WA:06-M-00337(1) |
| (1) TERRY L. KELLEY<br>*Defendant* | § | |

Dear Sir or Madam:

TAKE NOTICE that the above-entitled case has been set before U.S. Magistrate Judge JEFFREY C. MANSKE, at the U.S. Magistrate Court, MG Williams Judicial Center, BLDG 5794, Tank Destroyer Blvd, Fort Hood, Texas, for the following:

### SENTENCING

on Wednesday, June 14, 2006 at 10:30 AM

EVERYONE to whom this notice is addressed (except those to whom copies are sent for information only) must appear IN PERSON unless excused from appearing by the Court.

ATTORNEYS are reminded that it is their duty to advise clients, witnesses, and others concerning rules of decorum to be observed in Court. (Local Court Rule AT-5(b)(12)).

WHENEVER defendants or witnesses in a criminal case have need for the services of a court interpreter, the attorney must inform the Clerk not later than five (5) business days before the scheduled Court proceeding.

DATE: 05/03/2006

TO: (1) TERRY L. KELLEY

James W. Hewitt Jr.
Attorney at Law

WILLIAM G. PUTNICKI
CLERK OF THE COURT

By: _____
TOM BRACE
Magistrate Courtroom Deputy
(254) 287-3487

cc: U.S. MAGISTRATE JUDGE JEFFREY C MANSKE
U.S. Probation
U.S. Pretrial Services
U.S. Clerk
U.S. Marshal
U.S. Attorney